UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FELIPE ZAMORA-VILLELA (01)
JAVIER HERRERA-VALENCIA (02)

Defendants.

Crim. No. 08CR2571 JAH

**ORDER RESCHEDULING MOTION HEARING/TRIAL SETTING**

On the Court's own motion, IT IS HEREBY ORDERED that the motion hearing/trial scheduling set for September 8, 2008 before this Court is VACATED and RESCHEDULED for **September 12 at 8:30 a.m. in Courtroom 11.**

DATED: August 25, 2008

JOHN A. HOUSTON
United States District Judge