UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

08CR2571-JAH

UNITED STATES OF AMERICA, Plaintiff

vs.

FELIPE ZAMORA-VILLELA ET AL

Defendant(s)

CRIMINAL NO. 08MJ2236

ORDER

RELEASING MATERIAL WITNESS

Booking No.

Leo S. Papas

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

ROSARIO BERENICE GARCIA-ALVAREZ

DATED: 8/28/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________________ **DUSM**

**OR**

W. SAMUEL HAMRICK, JR. Clerk

by B. LLOYD Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

U.S. GPO: 2003-581-774/70082